| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Joshua** <br> First name <br><br> **Robert** <br> Middle name <br><br> **Coit** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Josh R. Coit** <br> **Josh Coit** <br> **Josh Robert Coit** <br> **Joshua R. Coit** <br> **Joshua Coit** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8804** | |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 1

| Debtor 1 | Joshua Robert Coit | Case number *(if known)* | |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Lone Star General Contracting Inc.**<br>**FDBA  Lone Star**<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| 5. | **Where you live** | **9563 Pino Dr**<br>**Lakeside, CA 92040**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 __Joshua Robert Coit__                                              Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | Southern District of California | When | 5/30/14 | Case number | 14-04299 |
| District |  | When |  | Case number |  |
| District |  | When |  | Case number |  |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor |  |  |  | Relationship to you |  |
| District |  | When |  | Case number, if known |  |
| Debtor |  |  |  | Relationship to you |  |
| District |  | When |  | Case number, if known |  |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 3

Debtor 1  **Joshua Robert Coit**                             Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

Debtor 1  **Joshua Robert Coit**  Case number *(if known)*

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 16-03575-MM13    Filed 06/13/16    Entered 06/13/16 19:46:33    Doc 1    Pg. 5 of 17

Debtor 1  **Joshua Robert Coit**                                            Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Joshua Robert Coit
**Joshua Robert Coit**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **June 13, 2016**
             MM / DD / YYYY

Executed on  _____
             MM / DD / YYYY

Debtor 1   **Joshua Robert Coit**                                            Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Nikhil Chawla**                                   Date   **June 13, 2016**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Nikhil Chawla**
Printed name

**New Chapter Law Group**
Firm name

**5927 Balfour Court**
**Suite 115**
**Carlsbad, CA 92008**
Number, Street, City, State & ZIP Code

Contact phone   **(888) 579-7774**          Email address   **Attorney@NewChapterLaw.com**

**SBN 259648**
Bar number & State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

.

99 Cent Store
4129 University Ave
San Diego, CA 92105


A-1 Plumbing $6,671.25 1200 Es
1200 Estes Rd
Loudon, TN 37774


A-1 Recovery
4089 Peger Rd
Fairbanks, AK 99709


Ace Cash Express
6 West Colton Ave
Redlands, CA 92374


Alazander Associates LLC
533 West Reed Street
Moberly, MO 65270


AMERICAN SCISSOR LIFT
3847 Duck Creek Dr
Stockton, CA 95215


AMS
PO Box 10187
Pasadena, CA 91189


ARS Portfolio Services c/o
c/o Erick Leos
6400 Main St.
Buffalo, NY 14221


Associated Concrete
4621 Teller Ave #130
Newport Beach, CA 92660

```
Athens Service
Po Box 6009
City of Industry, CA 91716


Avadanian & Associates
281 Young Harris St
Suite D273
Blairsville, GA 30512


Bobar Liquor #5
4380 Main St
Chula Vista, CA 91911


Brown & Joseph
PO box 59838
Schaumburg, IL 60159


California Budget Finance
7809 E. Broadway
Lemon Grove, CA 91945


Capital One
15000 Capital One Dr
Richmond, VA 23238


Casa De Oro Liquor
2765 Second Avenue
San Diego, CA 92103


CB MERCHANT SERVICES
PO Box 209
Stockton, CA 95201


Central United Methodist Churc
301 Hickory Creek Rd
Lenoir City, TN 37771
```

```
CheckMate
PO Box 1493
Chula Vista, CA 91912


Coachellea Valley Coll Serv
PO Box 13621
Palm Desert, CA 92255


Complete Recovery
PO Box 30184
Tampa, FL 33630


Credit Control
PO Box 120630
Newport News, VA 23612


Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193


CST CO
PO Box 33127
Louisville, KY 40232


Curd, Galindo & Smith
301 East Ocean Blvd
Suite 1700
Long Beach, CA 90802


DENNYS
9115 Canyon Pakr Terrace
Santee, CA 92071


Duralum Products
2485 Railroad St
Corona, CA 92880
```

```
EDD
PO Box 826806
Sacramento, CA 94206



EMS
PO Box 707600
Tulsa, OK 74170



Faith Baptist church of Wildom
 PO Box 1030
Wildomar, CA 92595



FIGUEROA CONCRETE
14545 Peral Rd
Victorville, CA 92392



Flagship Credit Accept
3 Christy Dr Ste 201
Chadds Ford, PA 19317



Frank's Supply
3311 Stanford Drive North East
Albuquerque, NM 87107



GREENBERG, GRANT & RICHARDS



Hatkoff & Minassian
18757 Burbank Blvd
Suite100
Tarzana, CA 91356



Helix Mechanical
1100 Magnolia Ave
Suite L
El Cajon, CA 92020
```

```
HYDRO-SCAPE
PO Box 843197
Los Angeles, CA 90084



INDUSTRIAL LABOR SOLUTIONS
3550 Airport Way
Suite 202
Fairbanks, AK 99709



Internal Revenue Service
Bankruptcy
880 Front St.
San Diego, CA 92101



Johasee Rebar
18059 Rosedale Hwy
Bakersfield, CA 93314



Jorge Garcia



Kay Jewelers/Sterling Jewelers Inc.
375 Ghent Rd
Fairlawn, OH 44333



Knoxville Fire Sprinkler
155 Foremast Road
Kingston, TN 37763



KrogeRent
1679 E Main
Suite 202
El Cajon, CA 92021



La Habra Check Cashing
1506 W. Whittier Blvd
La Habra, CA 90631
```

LABOR FINDERS
11426 North Jog Road
Palm Beach Gardens, FL 33418


MED-LEGAL
PO Box 1288
West Covina, CA 91793


Metals Direct
6771 Eastside Rd
Redding, CA 96001


MICHAEL VILLALBA
3249 Isla Vista Dr
San Diego, CA 92105


Modile Modular
PO box 45043
San Francisco, CA 94145


Money Tree
PO Box 58363
Seattle, WA 98138


National Concrete Washout
1945 W Cir
Suite 1141-206
Oviedo, FL 32766


NES Rentals
PO Box 205572
Dallas, TX 75320


No. Shore Agency
270 Spagnoli Rd Suite 110
Melville, NY 11747

```
NOTICE ONLY
Equifax
PO Box 105873
Atlanta, GA 30348


NOTICE ONLY
Experian
701 Experian Pkwy, PO Box 1240
Allen, TX 75013


NOTICE ONLY
TransUnion
PO Box 2000
Crum Lynne, PA 19022


One Stop Market
1501 N China Lake Blvd
Ridgecrest, CA 93555


PINE TREE LUMBER
707 N Andreasen
Escondido, CA 92029


Plumbing Wholesale
419 S. Pine Street
San Gabriel, CA 91776


Pre Contractors Ins
3250 Grey Hawk Court
unit Z
Carlsbad, CA 92010


ProEngineering Consulting
1120 Sycamore Ave
Suite 2A
Vista, CA 92081
```

```
RIMPAC
3680 Lathrop St.
Fairbanks, AK 99701


Robertsons
PO Box 3600
Corona, CA 92878


RS High Quality Painting
402 63rd St
Suite 157
San Diego, CA 92114


RSB Construction
552 Brighthaven
San Diego, CA 92108


RST CRANES
701 Bailey Ave
Tehachapi, CA 93561


Skyco Staffing Service
PO Box 52546
Knoxville, TN 37950


State Fund
PO Box 7441
San Francisco, CA 94120


Summit Equipment
33390 Bailey Park Blvd
Menifee, CA 92584


SURETEC
PO Box 5008
Woodland Hills, CA 91365
```

```
Temecula Hotel Dev
28220 Jefferson Ave
Suite 214
Temecula, CA 92590


TEPO INC DBA HI BEV LIQUOR
2111 Highland Ave,
National City, CA 91950


Thomas Printworks
PO Box 740967
Dallas, TX 75374


TRADESMAN $49,673.58
PO Box 848702
Los Angeles, CA 90084


Trevco


US Healthworks
PO BOX 50042
Los Angeles, CA 90074


Versatube
50 Eastley St
Collierville, TN 38017


Village Nursuries
1589 N. Main Street
Orange, CA 92867


VWCA Construction
5020 New Highway 68
Madisonville, TN 37354
```

```
Ward's Amer Bldg Concepts $14,
J-1772 Avenida de Los Arboles
Suite 155
Thousand Oaks, CA 91362


Wex
PO Box 6293
Carol Stream, IL 60197


William M Sturgeon
275 E. Douglas Ave
Suite 105
El Cajon, CA 92020


WSI No. Dakota Workforce
PO Box 5585
Bismarck, ND 58506
```