Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Kathleen A. Cashman-Kramer [SBN 128861] Staff Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOSHUA ROBERT COIT<br><br>Debtor(s) | Case No.: 16-03575-MM13<br><br>MOTION FOR A FINDING THAT DEBTOR(S) NOT ENTITLED TO A DISCHARGE §1328(f)(1) |

    Thomas H. Billingslea, Jr., Chapter 13 Trustee, hereby moves the Court for an order finding that the Debtor(s) is not entitled to a Discharge in this case. It appears from the record that Debtor was a debtor, and received a discharge in Chapter 7 case number 14-04299-MM7. The prior case was filed on May 30, 2014 and a discharge was entered on June 1, 2015.

    Pursuant to 11 U.S.C. §1328(f) (1) the Court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor has received a discharge in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter.

    WHEREFORE, the Chapter 13 Trustee prays for an order finding the Debtor is not entitled to a discharge in this case.

Dated: July 1, 2016

Respectfully Submitted,

/s/ Kathleen A. Cashman-Kramer
Kathleen A. Cashman-Kramer,
Staff Attorney for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

- 1 -